UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAKE CHARLES DIVISION

| | | |
|---|---|---|
| **DENT WALKER, ET AL.** | : | **CIVIL ACTION NO. 22-CV-730** |
| **VERSUS** | : | **JUDGE JAMES D. CAIN, JR.** |
| **PINNACLE ENTERTAINMENT INC. d/b/a L'AUBERGE CASINO & RESORT LAKE CHARLES, ET AL.** | : | **MAGISTRATE JUDGE KAY** |

## JUDGMENT

For the reasons stated in the Report and Recommendation [Doc. 12] of the Magistrate Judge previously filed herein, determining that the findings are correct under the applicable law, and noting the lack of objections to the Report and Recommendation in the record;

**IT IS ORDERED** that the Motion to Remand [doc. 8] be **GRANTED** and the instant case be **REMANDED** to the 14th Judicial District Court, Calcasieu Parish, Louisiana.

**THUS DONE AND SIGNED** in Chambers this 15th day of June, 2021.

_____
JAMES D. CAIN, JR.
UNITED STATES DISTRICT JUDGE